No. 86–6844. FOREMAN *v.* MERIT SYSTEMS PROTECTION BOARD. Appeal from C. A. Fed. Cir. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a

1002

petition for writ of certiorari, certiorari denied.